IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09cv234

| | |
|---|---|
| JOHN TEAGUE; and ILISA TEAGUE,    )<br>                                                         )<br>             **Plaintiff,**             )<br>                                                         )<br>Vs.                                                   )<br>                                                         )<br>YAMAHA MOTOR CORPORATION, )<br>U.S.A.; YAMAHA MOTOR            )<br>MANUFACTURING CORPORATION )<br>OF AMERICA; and YAMAHA       )<br>MOTOR CO., LTD.,                        )<br>                                                         )<br>             **Defendants.**         )<br>_____  ) | **ORDER** |

**THIS MATTER** is before the court on defendants' Motion to Stay Proceedings Pending the MDL Panel's Decision Regarding Transfer. Having considered defendants' motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendants' Motion to Stay Proceedings Pending the MDL Panel's Decision Regarding Transfer (#3) is **GRANTED,** and this action is **STAYED** in its entirety pending transfer decision of the MDL Panel.

Signed: August 3, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge